# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **STEPHEN ANTHONY SCALES,** | : | **CRIMINAL NO. 12-271 (JEB)** |
| **LAWRENCE BAYLOR,** | : | |
| **MERLE VERNN WATSON,** | : | |
| **ALBERT BRISCOE,** | : | |
| **ANTHONY COACHMAN,** | : | |
| **DWAYNE MORGAN,** | : | |
| **MAURICE ABNEY, and** | : | |
| **HARLEY MORGAN,** | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF CONSENT TO DEFENDANTS' ORAL MOTIONS PURSUANT TO 28 U.S.C. § 2255 AND MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorney, Ronald C. Machen Jr., the United States Attorney for the District of Columbia, hereby submits notice of the Government's consent to the defendants' oral motions on October 24, 2014, to withdraw their guilty pleas and vacate their sentences pursuant to 28 U.S.C. § 2255, and further moves this Court upon the granting of the defendants' motions under 28 U.S.C. § 2255, pursuant to Federal Rule of Criminal

Procedure 48(a), to dismiss the Indictment in the above-captioned case without prejudice against the defendants.

                                              Respectfully submitted,

                                              Ronald C. Machen Jr.
                                              United States Attorney
                                              D.C. Bar Number 447889

                                              _____/s/_____
                                              Anthony Scarpelli
                                              Anthony.scarpelli@usdoj.gov
                                              D.C. Bar No. 474711
                                              Assistant United States Attorney
                                              Violent Crimes and Narcotics Trafficking Section
                                              555 4th Street N.W, 4th Floor
                                              Washington, D.C. 20530
                                              (202) 252-7707